```
 1  KEN M. MARKOWITZ (SBN 104674)
    SAMANTHA D. HILTON (SBN 215585)
 2  KENNEY & MARKOWITZ L.L.P.
    255 California Street, Suite 1300
 3  San Francisco, CA  94111
    Tel:   (415) 397-3100
 4  Fax:   (415) 397-3170
    Email: kmarkowitz@kennmark.com
 5         shilton@kennmark.com

 6  Attorneys for Defendant
    AMERICAN MEDICAL SYSTEMS, INC.
 7
    DAN JOHNSON (Pro Hac Vice)
 8  AMERICAN MEDICAL SYSTEMS, INC.
    10700 Bren Road West
 9  Minnetonka, MN  55343
    Tel:   (952) 933-4666
10  Fax:   (952) 930-6157
    Email: Dan.Johnson@AmericanMedicalSystems.com
11
    Attorneys for Defendant
12  AMERICAN MEDICAL SYSTEMS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>　　　Defendants. | CASE NO.  C08-04289 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br>**Civil L.R. 7-12** |

　　　This Stipulation is entered into between Plaintiffs, Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh and Hersh, a professional corporation, and Defendant, American Medical Systems, Inc., by and through its counsel of record, Kenney & Markowitz,

{30115.302053 0136921.DOC}　　　　　-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION
CASE NO:  C08-04289 JL

L.L.P. The parties stipulate as follows:

1. Prior to the Initial Case Management Conference on December 17, 2008, the parties agreed to Early Neutral Evaluation as their choice of Alternative Dispute Resolution pursuant to ADR L.R. 3-3 and Civil L.R. 16-2.

2. On December 29, 2008, the Court referred this action to ENE and assigned neutral, Jacqueline Scott Corley, on January 8, 2009. The Court ordered that the ENE be completed on or before March 17, 2009.

3. On January 14, 2009, counsel for AMS filed a Notice of Pendency of Other Action providing the Court with details of a related action entitled *Ellen Ambroff, Terry Ambroff v. Robert E. Carter, M.D., et al.*, Case No. PC 20080322, that was filed on or about May 30, 2008 in the California Superior Court, El Dorado County. AMS believes that the actions filed in this Court and in the Superior Court concern the same subject matter, namely, the implantation of plaintiff Ellen Ambroff with the Apogee™ mesh system in June 2006, and substantially all of the same parties pursuant to Rule 3-13 of the Civil Local Rules. AMS further believes that the defendants in both actions are disadvantaged by this procedural tactic and that separate actions waste judicial and other resources. Plaintiffs disagree on the grounds that plaintiffs believe that the state and federal actions do not involve the same parties nor the same causes of action. Therefore, if AMS is to join the state court action, it must file a motion in the state court action and, if granted, a motion to stay in this Court, which may take several months.

4. On January 29, 2009, Court-appointed neutral, Jacqueline Scott Corley, initiated a telephone conference with the parties to schedule an ENE. This issue of the related actions was discussed along with the possibility that the ENE would be continued if the parties did not resolve the disputed forum-related issue prior to the date scheduled. The current date set for ENE is March 4, 2009.

5. The parties stipulate and respectfully request that the Court vacate the current ADR completion deadline of March 17, 2009 and continue the ADR completion date by an additional 90 days to June 15, 2009.

6. The parties have discussed the forum related issue and possible ENE continuance with Court-appointed neutral, Jacqueline Scott Corley. Ms. Corley also believes that a continuance is in the best interest of the parties given the procedural posture of the action and consents to a continuance of the ENE.

Respectfully submitted,

DATED: February 17, 2009  **KENNEY & MARKOWITZ L.L.P**

By: /s/
KEN M. MARKOWITZ
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

DATED: February 17, 2009  **HERSH AND HERSH**

By: /s/
AMY ESKIN
Attorney for Plaintiff
ELLEN AND TERRY AMBROFF

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Alternative Dispute Resolution completion deadline of March 17, 2009, is vacated. The parties are to complete Early Neutral Evaluation on or before June 15, 2009.

IT IS SO ORDERED.

DATED: 2/19/09

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE