KEN M. MARKOWITZ (SBN 104674)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
 shilton@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel: (952) 933-4666
Fax: (952) 930-6157
Email: Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>　　Defendants. | CASE NO. C08-04289 JL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER DATED 6/29/09**_____<br>**Civil L.R. 7-12** |

　　This Stipulation is entered into between Plaintiffs, Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh and Hersh, a professional corporation, and Defendant, American Medical Systems, Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The parties stipulate as follows:

{30115.302053 0139269.DOC}　　　　　　　　-1-
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT
AND PRETRIAL ORDER DATED 6/29/09; CASE NO: C08-04289 JL

1. Based upon the parties Joint Case Management Statement and discussion at the June 24, 2009 Case Management Conference, on June 29, 2009, the Court entered its Case Management and Pretrial Order scheduling various dates in this matter.

2. During July, 2009, the Court's clerk contacted counsel for AMS to inform them that the date chosen as the last day to hear dispositive motions was not suitable and that parties should stipulate to another date. The Court suggested September 30, 2010 as the last day to hear dispositive motions.

3. The parties stipulate and respectfully request that the Court order September 30, 2010 as the last day to hear dispositive motions and incorporate that date into the existing Case Management and Pretrial Order dated June 29, 2009.

Respectfully submitted,

DATED: October 19, 2009

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Samantha D. Hilton
KEN M. MARKOWITZ
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

DATED: October 19, 2009

**HERSH AND HERSH**

By: /s/ Amy Eskin
AMY ESKIN
Attorney for Plaintiff
ELLEN AND TERRY AMBROFF

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the last day for the Court to hear dispositive motions in this action is September 29, 2010.

IT IS SO ORDERED.

DATED: 10-20-09

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

{30115.302053 0139269.DOC}   -2-
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT
AND PRETRIAL ORDER DATED 6/29/09; CASE NO: C08-04289 JL