KEN M. MARKOWITZ (SBN 104674)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel: (952) 933-4666
Fax: (952) 930-6157
Email: Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | CASE NO. C08-04289 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**<br>**Civ.L.R. 7-12** |

This Stipulation is entered into between plaintiffs Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh & Hersh, and defendant American Medical Systems,

Kenney & Markowitz L.L.P.

Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The parties stipulate as follows:

1. On June 29, 2009, this Court issued its first Case Management and Pretrial Order in this case with a trial date of December 6, 2010, and other dates set by the Court accordingly, including a factual discovery cut-off date of April 5, 2010;

2. On November 3, 2009, the plaintiffs requested that AMS provide employees/officers for several depositions pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

3. On January 9, 2010, defendant provided plaintiff with the dates of January 27, 28 and 29, 2010 for the Rule 30(b)(6) depositions in Minnesota. On January 15, 2010, plaintiffs served their notices of depositions by mail accompanied by several requests for production of documents to AMS;

4. AMS objected to plaintiffs' deposition notices because they gave less than 30 days notice as required by Rule 34 of the Federal Rules of Civil Procedure. The parties dispute the notice requirements for depositions that are accompanied by requests for production of documents. However, the parties have agreed to postpone the depositions in order for AMS to respond to the requests for production of documents prior to the depositions. To provide additional time for discovery, with the Court's permission, the parties also stipulate to an extension of the discovery cut-off date and accompanying dates within the Pretrial Order dated June 29, 2009;

5. For good cause, the parties stipulate to and respectfully request that the Court continue the discovery dates within Pretrial Order and accompanying dates as follows;

DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | June 4, 2010 |
| Designation of Plaintiffs' Experts with Reports | July 9, 2010 |
| Designation of Defendant's Experts with Reports | July 23, 2010 |
| Designation of Rebuttal Experts with Reports | August 6, 2010 |
| Expert Discovery Cutoff | September 3, 2010 |

///

| | | |
|---|---|---|
| 1 | DISPOSITIVE MOTIONS | |
| 2 | Last Day to hear Case Dispositive Motions | November 24, 2010 |
| 3 | PRETRIAL CONFERENCE | |
| 4 | Final Pretrial Conference at 11:00AM | January 19, 2011 |
| 5 | TRIAL DATE | |
| 6 | Jury Trial to begin at 9:00AM | January 31, 2011 |

DATED: February 1, 2010

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Samantha D. Hilton
KEN M. MARKOWITZ
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DATED: February 1, 2010

**HERSH AND HERSH**

By: /s/ Amy Eskin
AMY ESKIN
Attorneys for Plaintiffs
ELLEN AMBROFF AND TERRY AMBROFF

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and request for modification of the Court's Case Management Order and Pretrial Order, the following schedule shall apply to this case:

DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | June 4, 2010 |
| Designation of Plaintiffs' Experts with Reports | July 9, 2010 |
| Designation of Defendant's Experts with Reports | July 23, 2010 |
| Designation of Rebuttal Experts with Reports | August 6, 2010 |
| Expert Discovery Cutoff | September 3, 2010 |

DISPOSITIVE MOTIONS

| | |
|---|---|
| Last Day to hear Case Dispositive Motions | November 24, 2010 |

PRETRIAL CONFERENCE

| | |
|---|---|
| Final Pretrial Conference at 11:00AM | January 19, 2011 |

TRIAL DATE

| | |
|---|---|
| Jury Trial to begin at 9:00AM | January 31, 2011 |

**IT IS SO ORDERED.**

DATED: February 3, 2010

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

Kenney & Markowitz L.L.P.

{30115.302053 0139896.DOC}  -1-
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER
CASE NO: C08-04289 JL