KEN M. MARKOWITZ (SBN 104674)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel: (952) 933-4666
Fax: (952) 930-6157
Email: Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | CASE NO. C08-04289 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**<br>**Civ.L.R. 7-12** |

This Stipulation is entered into between plaintiffs Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh & Hersh, and defendant American Medical Systems,

Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The parties stipulate as follows:

1. On June 29, 2009, this Court issued its first Case Management and Pretrial Order in this case with a trial date of December 6, 2010, and other dates set by the Court accordingly, including a factual discovery cut-off date of April 5, 2010;

2. On February 1, 2010, the parties stipulated to a modification of the June 29 Pretrial Order to extend discovery and related cut-off dates because additional time was required to schedule plaintiffs' Rule 30(b)(6) depositions. The court approved the parties' stipulation for modification of the Pretrial Order on February 3, 2010. The current fact discovery cut-off date is June 4, 2010.

3. Some of plaintiffs' Rule 30(b)(6) depositions were taken during the week of March 1, 2010 at AMS' corporate office in Minnesota, however, not all AMS' designated witnesses were available during the scheduled week. Furthermore, plaintiff has requested to take the depositions of six additional AMS employees in Minnesota.

4. During March and April of this year, counsel for AMS experienced difficulty scheduling the deposition of plaintiff's treating physician, Dr. Carter, due to Dr. Carter's unavailability. Dr. Carter's deposition is now scheduled on May 18, 2010 in Placerville, California.

5. The parties have stipulated to participate in mediation before court-appointed neutral, Jacqueline Corley, on May 19, 2010, in San Francisco.

6. Lead trial counsel for AMS is unavailable for several weeks in May due to a previously scheduled vacation making it difficult to schedule the additional AMS employee depositions in Minnesota prior to the current fact discovery cut-off date June 4, 2010.

7. Finally, associate counsel for AMS is unexpectedly relocating to Australia by the end of May and therefore a new associate will need to become familiar with the facts and procedural status of this action prior to taking over the handling of this action.

8. For all the above reasons, the parties stipulate to modify the current Pretrial Order to extend the fact discovery cut-off date by one month to July 6, 2010 in order to complete the

1  additional depositions and remaining discovery.

2      9.    Finally, the parties stipulate to modify the Pretrial Order to move the trial of this
3  action from January 31, 2011 to March 28, 2011 because counsel for AMS will be unavailable
4  from October 2010 through December 2010 due to scheduled maternity leave.

5      10.    Counsel for plaintiff does not oppose the requested modifications to the June 29
6  Pretrial Order, however, it is not the intention of the parties to waive any rights to object to
7  discovery requests by this Stipulation.

8      11.    For good cause, the parties stipulate to and respectfully request that the Court
9  continue the discovery dates within the Pretrial Order and accompanying dates as follows;

10 DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | July 6, 2010 |
| Designation of Plaintiffs' Experts with Reports | August 6, 2010 |
| Designation of Defendant's Experts with Reports | August 20, 2010 |
| Designation of Rebuttal Experts with Reports | September 3, 2010 |
| Expert Discovery Cutoff | October 1, 2010 |

DISPOSITIVE MOTIONS

| | |
|---|---|
| Last Day to hear Case Dispositive Motions | January 19, 2011 |

PRETRIAL CONFERENCE

| | |
|---|---|
| Final Pretrial Conference at 11:00AM | March 16, 2011 |

TRIAL DATE

| | |
|---|---|
| Jury Trial to begin at 9:00AM | March 28, 2011 |

DATED: May 10, 2010

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Samantha D. Hilton
KEN M. MARKOWITZ
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

**Kenney & Markowitz L.L.P.**

{30115.302053 0140871.DOC}  -3-
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER
CASE NO: C08-04289 JL

| | |
|---|---|
| DATED: May 10, 2010 | **HERSH AND HERSH**<br><br>By: /s/ Amy Eskin<br>AMY ESKIN<br>Attorneys for Plaintiffs<br>ELLEN AMBROFF AND TERRY<br>AMBROFF |

Kenney & Markowitz L.L.P.

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and request for modification of the Court's Case Management Order and Pretrial Order, the following schedule shall apply to this case:

DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | July 6, 2010 |
| Designation of Plaintiffs' Experts with Reports | August 6, 2010 |
| Designation of Defendant's Experts with Reports | August 20, 2010 |
| Designation of Rebuttal Experts with Reports | September 3, 2010 |
| Expert Discovery Cutoff | October 1, 2010 |

DISPOSITIVE MOTIONS

| | |
|---|---|
| Last Day to hear Case Dispositive Motions | January 19, 2011 |

PRETRIAL CONFERENCE

| | |
|---|---|
| Final Pretrial Conference at 11:00AM | March 16, 2011 |

TRIAL DATE

| | |
|---|---|
| Jury Trial to begin at 9:00AM | March 28, 2011 |

**IT IS SO ORDERED.**

DATED: May 12, 2010

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

Kenney & Markowitz L.L.P.

{30115.302053 0140871.DOC}      -1-
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER
CASE NO: C08-04289 JL