NANCY HERSH, ESQ., State Bar No. 49091
AMY ESKIN, ESQ., State Bar No. 127668
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Tel:     (415) 441-5544
Fax:     (415) 441-7586
Email:   aeskin@hershlaw.com

Attorneys for Plaintiffs ELLEN and TERRY AMBROFF


KEN M. MARKOWITZ, ESQ. State Bar No. 104674
KIMBERLY MCINTYRE, ESQ. State Bar No. 184648
KENNEY & MARKOWITZ, L.L.P
255 California Street, Suite 1300
San Francisco, CA 94111
Tel:     (415) 397-3100
Fax:     (415) 397-3170
Email:   kmarkowitz@kennmark.com
         kmcintyre@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel:     (952) 933-4666
Fax:     (952) 930-6157
Email:   Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO – ECF PROGRAM

**STIPULATION AND [PROPOSED]ORDER TO MODIFY PRE-TRIAL ORDER**

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN MEDICAL SYSTEMS, McKESSON CORPORATION, and DOES ONE through TWENTY-FIVE, inclusive, <br><br> Defendants. | CASE NUMBER C 08-04289 JL <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER <br><br> Civ.L.R. 7-12 |

This Stipulation is entered into between Plaintiffs Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh & Hersh, and defendant American Medical Systems, Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The parties stipulate as follows:

1. On June 29, 2009, this Court issued its first Case Management and Pre-Trial Order in this case with a trial date of December 6, 2010 and other dates set by the Court accordingly, include a factual discovery cut-off date of April 5, 2010.

2. On February 1, 2010, the parties stipulated to a modification of the June 29 Pre-Trial Order to extend discovery and related cut-off dates because additional time was required to schedule plaintiffs' Rule 30(b)(6) depositions. The court approved the parties' stipulation for modification of the Pre-Trial Order on February 3, 2010, setting a close of fact discovery for June 4, 2010.

3. Some of plaintiffs' Rule 30(b)(6) depositions were taken during the week of March 1, 2010 at AMS' corporate office in Minnesota, however not all AMS' designated witnesses were available during the scheduled week. Plaintiffs have requested

///

---

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**

and defendant has agreed to produced four additional AMS employees for deposition in Minnesota.

4. On May 7, 2010, the parties stipulated to a modification of the February 3, 2010 Pre-Trial Order to extend discovery and related cut-off dates for several reasons. First, plaintiffs wished to take additional depositions of AMS employees pursuant to Federal Rule of Civil Procedure 30(b)(6) and there was difficulty getting these depositions scheduled because lead trial counsel for AMS was unavailable for several weeks in May due to a previously scheduled vacation making it difficult to schedule those depositions in Minnesota prior to the fact discovery cut-off date of June 4, 2010. The stipulation was also based on the fact that there were difficulties scheduling the deposition of plaintiff Ellen Ambroff's treating physician Robert Carter, M.D., and on the further grounds that associate counsel for AMS was unexpectedly relocating to Australia by the end of May and therefore a new associate would need to become familiar with the facts and procedural status of this action prior to taking over the handling of this action.

5. Finally, the parties stipulated to modify the February 3, 2010 Pre-Trial Order to move the trial of this action from January 31, 2011 to March 28, 2011 because new associate counsel for AMS will be unavailable from October 2010 through December 2010 due to a scheduled maternity leave.

6. The Court approved the parties' stipulation for modification of the Pre-Trial Order on May 12, 2010.

7. The May 12. 2010 Pre-Trial Order set various deadlines, including setting the close of fact discovery for July 6, 2010 with plaintiffs' Expert Witness Disclosure and Reports due August 6, 2010, defendant's Expert Witness Disclosure and Reports due August 20, 2010 and trial set for March 28, 2011.

8. Dr. Carter's deposition, scheduled for May 18, 2010, did not take place due to the unavailability of his counsel. His deposition was re-set for June 22, 2010, in Placerville, California.

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**

9. The parties participated in mediation before court-appointed neutral Jacqueline Corley on May 19, 2010.

10. On June 3, 2010, the parties appeared at the Case Management Conference. Numerous discovery issues were discussed, and the possibility of a extension of time of certain dates in the Pre-Trial Order was discussed with the Court.

11. Since the Case Management Conference, the parties have met and conferred extensively, by and through their counsel regarding scheduling the depositions of plaintiffs' additional 30(b)(6) depositions as well as many other discovery matters. Due to the schedules of the witnesses and counsel for both parties, the earliest date that those depositions can take place is during the week of July 19, 2010. The depositions have been noticed by agreement to take place on July 20, 2010, July 21, 2010, and July 22, 2010, in Minnesota. The witnesses include defendant's 30(b)(6) designee Diane Sahr, John Nealon, the GM of the Women's Health Division of AMS, Christie Brizinka, an AMS employee with knowledge of the January, 2009 FDA audit of AMS, and Gabriel Gulbranson, one of AMS' investigators of adverse events regarding vaginal mesh.

12. Plaintiff ELLEN AMBROFF will appear for a defense medical examination with Craig Comiter, M.D., on July 9, 2010 at 8:30 a.m.

13. Defendant AMS provided plaintiffs with an exemplar piece of large pore polypropylene mesh on June 16, 2010.

14. On June 18, 2010, defendant AMS commenced the deposition of one of plaintiff ELLEN AMBROFF'S treating physicians, Kenneth R. Stemmle, M.D. Due to Dr. Stemmle's schedule, the deposition was not completed.

15. On June 22, 2010, defendant AMS commenced the deposition of Robert Carter, M.D., one of plaintiff ELLEN AMBROFF'S treating physicians. Due to Dr. Carter's schedule, the deposition was not completed.

///

///

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**

16. Based on all the foregoing, the parties have agreed to extend the fact discovery cut-off of June 4, 2010 as to plaintiffs' 30(b)(6) depositions only and to allow for the completion of Dr. Stemmle's deposition, Dr. Carter's deposition, for the completion of the DME and to extend the other deadlines set forth in this Court's May 12,. 2010 Order Modifying the Pre-Trial Order.

17. For all the above reasons, the parties stipulate to modify the current Pre-Trial Order to extend the fact discovery cut-off date to August 6, 2010 in order to complete the additional depositions and remaining discovery and to extend the accompanying dates within the Pre-Trial Order as set forth hereinbelow. The trial date would remain the same as previously set.

18. It is not the intention of the parties to waive any rights to object to discovery requests by this Stipulation.

19. For good cause, the parties stipulate to and respectfully request that the Court continue the discovery dates within the Pre-Trial Order and accompanying dates as follows:

### DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | August 6, 2010 |
| Designation of Plaintiffs' Experts with Reports | September 10, 2010 |
| Designation of Defendants' Experts with Reports | September 24, 2010 |
| Designation of Rebuttal Experts with Reports | October 8, 2010 |
| Expert Discovery Cutoff | November 5, 2010 |

### DISPOSITIVE MOTIONS

| | |
|---|---|
| Last Day to Hear Case Dispositive Motions | February 2, 2011 |

### PRETRAL CONFERENCE

| | |
|---|---|
| Final Pre-Trial Conference at 11:00 a.m. | March 16, 2011 |

///

///

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL ORDER**

TRIAL DATE

Jury Trial to begin at 9:00 a.m.                           March 28, 2011

DATED: June 23, 2010.

                           HERSH & HERSH
                           A Professional Corporation


By____/s/_____
   AMY ESKIN
   Attorneys for Plaintiffs

DATED: June 23, 2010.

KENNEY & MARKOWITZ, L.L.P.


By____/s/_____
   KEN M. MARKOWITZ
   KIMBERLY I. MCINTYRE
   Attorneys for Defendant AMERICAN
   MEDICAL SYSTEMS, INC.

---

**STIPULATION AND [PROPOSED]ORDER TO MODIFY PRE-TRIAL ORDER**

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and request for modification of the Court's Case Management Order and Pre-Trial Order, the following schedule shall apply to this case:

DISCOVERY

| | |
|---|---|
| Non-Expert Discovery Cutoff | August 6, 2010 |
| Designation of Plaintiffs' Experts with Reports | September 10, 2010 |
| Designation of Defendants' Experts with Reports | September 24, 2010 |
| Designation of Rebuttal Experts with Reports | October 8, 2010 |
| Expert Discovery Cutoff | November 5, 2010 |

DISPOSITIVE MOTIONS

| | |
|---|---|
| Last Day to Hear Case Dispositive Motions | February 2, 2011 |

PRETRAL CONFERENCE

| | |
|---|---|
| Final Pre-Trial Conference at 11:00 a.m. | March 16, 2011 |

TRIAL DATE

| | |
|---|---|
| Jury Trial to begin at 9:00 a.m. | March 28, 2011 |

IT IS SO ORDERED:

June 24, 2010
DATED: _____

_____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]ORDER TO MODIFY PRE-TRIAL ORDER