```
KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. MCINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Tel:    (415) 397-3100
Fax:    (415) 397-3170
Email: kmarkowitz@kennmark.com
       kmcintyre@kennmark.com
```

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN  55343
Tel:    (952) 933-4666
Fax:    (952) 930-6157
Email:  Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>    Defendants. | CASE NO.  C08-04289 JL<br><br>**STIPULATION FOR DEFENSE MEDICAL EXAMINATION AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** to by plaintiffs Ellen Ambroff and Terry Ambroff ("plaintiffs") and defendant American Medical Systems, Inc. ("AMS"), who provide their consent through their attorneys of record, that plaintiff Ellen Ambroff shall submit to

{30115.302053 0141194.DOC}                -1-
STIPULATION FOR DEFENSE MEDICAL EXAMINATION AND [PROPOSED] ORDER
CASE NO:  C08-04289 JL

a defense medical examination ("DME") as follows:

1. A DME will be conducted by Craig V. Comiter, M.D. a Board-certified urologist, on **July 9, 2010, at 8:30 a.m.,** at Dr. Comiter's office at Stanford University Medical Center, Urology Clinic, 900 Blake Wilbur Drive, 2nd Floor, Palo Alto, California 94304, Tel: 650.723.3391.

2. The examination will consist of the taking of a medical and personal history of plaintiff Ellen Ambroff, including past and present complaints and/or symptoms, and a physical examination. The physical examination, which will be chaperoned by a nurse, will be comprised of the following: the taking of plaintiff Ellen Ambroff's vital signs (blood pressure, heart rate, temperature and respiratory rate) and a general physical examination which will include a bimanual vaginal examination, a rectal examination, and such other means of physical examination to fully evaluate plaintiff Ellen Ambroff's complaints in this case. Plaintiff will not be required to submit to any testing during the examination. The anticipated length of the entire DME, including patient history and physical examination, is approximately 45 minutes. The anticipated length of the internal physical examination (vaginal and rectal) is approximately three minutes.

3. Breaks during the DME will be accommodated, as necessary.

4. No one other than examinee plaintiff Ellen Ambroff and her attorney, Amy Eskin, is entitled to be present during the examination, though Ms. Eskin is to remain silent and may not participate in, interrupt and/or otherwise intervene during the DME, so long as the DME is conducted within the parameters of this Stipulation. The examination may be tape recorded by plaintiff Ellen Ambroff and her attorney. If it is, AMS is entitled to receive a true and correct copy of said tape recording from plaintiffs, or AMS may similarly and simultaneously tape record the DME with its own tape recorder.

5. AMS shall be responsible for Dr. Comiter's fees for administering the DME.

6. The fact that plaintiffs stipulated that plaintiff Ellen Ambroff would appear for the DME shall not be admissible at the trial of this action. The fact that plaintiffs stipulated that plaintiff Ellen Ambroff would appear for the DME shall not be deemed as a waiver of any

challenges or objections to Dr. Comiter or his testimony, including, but not limited to objections as to Dr. Comiter's qualifications, bias, conclusions, methodology, or opinions derived from the examination, nor do plaintiffs waive any challenges to the scientific basis, methodology or general acceptance in the community of any of Dr. Comiter's methodology or opinions. The fact that plaintiffs stipulated that plaintiff Ellen Ambroff would appear for the DME shall not be deemed as an admission that the examination was not invasive, or painful. Plaintiffs do not concede that the examination was not invasive, or painful and do not waive any objections to the admissibility of any written material relied upon or produced by Dr. Comiter.

**IT IS SO STIPULATED.**

DATED: June 29, 2010  **HERSH AND HERSH**

By: /s/ Amy Eskin
AMY ESKIN
Attorney for Plaintiff
ELLEN AND TERRY AMBROFF

DATED: June 29, 2010  **KENNEY & MARKOWITZ L.L.P**

By: /s/ Kimberly I. McIntyre
KEN M. MARKOWITZ
KIMBERLY I. MCINTYRE
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, **IT IS SO ORDERED.**

DATED: June 30, 2010

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE