KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. MCINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
 kmcintyre@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel: (952) 933-4666
Fax: (952) 930-6157
Email: Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | CASE NO. C08-04289 JL<br><br>**REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT AUGUST 4, 2010 FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |

In preparation for the upcoming Further Case Management Conference ("CMC") in this matter, scheduled for August 4, 2010 at 10:30 a.m., defendant American Medical Systems, Inc. ("AMS") respectfully requests, by and through its attorneys of record herein, that lead trial counsel Ken M. Markowitz of Kenney & Markowitz L.L.P. be permitted to appear telephonically at the CMC. This request is based upon the following facts:

{30115.302053 0141574.DOC} -1-
REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT AUGUST 4, 2010 FURTHER CMC
CASE NO: C08-04289 JL

Kenney & Markowitz L.L.P.

1. As it currently stands, Mr. Markowitz is scheduled to be in Minneapolis, Minnesota on August 4, 2010 for the deposition of AMS employee Ginger Glaser in this case. Ms. Glaser's deposition is scheduled to occur during the afternoon of August 4th, after the CMC.

2. Although plaintiffs' counsel, Amy Eskin, may be taking Ms. Glaser's deposition remotely, by videoteleconference, Mr. Markowitz's presence in Minnesota is still required for same.

3. Rather than seek a continuance of the August 4th CMC, AMS seeks permission for Mr. Markowitz to appear telephonically at the CMC, while senior associate Kimberly I. McIntyre of Kenney & Markowitz L.L.P. would simultaneously and personally appear at the CMC on behalf of AMS.

4. In the event the schedule changes and Mr. Markowitz is available, he, too, will personally be in attendance at the CMC on behalf of AMS.

Respectfully submitted,

DATED: July 28, 2010

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Kimberly I. McIntyre
KEN M. MARKOWITZ
KIMBERLY I. MCINTYRE
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

## [PROPOSED] ORDER

Pursuant to the request of AMS, permission is hereby granted for AMS' lead trial counsel, Ken M. Markowitz, to appear telephonically at the August 4, 2010 Further Case Management Conference.

**IT IS SO ORDERED.**

DATED: July 30, 2010

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE